FILED
JAN 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8092

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Priscilla HERNANDEZ | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about January 30, 2008, within the Southern District of California, defendant Priscilla HERNANDEZ did knowingly and intentionally import approximately 28.26 kilograms (62.17 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 31st day of January 2008.

_____
Peter C. Lewis
United States Magistrate Judge

1  UNITED STATES OF AMERICA
       v.
2  Priscilla HERNANDEZ

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to U. S. Immigration and Customs Enforcement Special Agent Russell H. Vensk, Jr. and the interview of Priscilla HERNANDEZ.

On January 30, 2008, at approximately 1545 hours, HERNANDEZ, a U.S. citizen, entered the United States at the Calexico, California, West Port of Entry from Mexico. HERNANDEZ was the driver and sole occupant of a 1998 Kia Sephia.

At primary, HERNANDEZ gave a negative Customs declaration and stated she was a U.S. citizen to Customs & Border Protection Officer (CBPO) M. Hunt. CBPO Hunt asked HERNANDEZ if she was the registered owner of the vehicle and she said she was in the process of buying it from a friend. CBPO Hunt referred HERNANDEZ and the vehicle to secondary inspection.

In secondary, CBPO R. Mendibles inspected the vehicle and discovered packages concealed in both bumpers, both rear doors and the spare tire. CBPO Mendibles probed one of the packages and extracted a green leafy substance, which he field-tested and which gave a positive indication for the presence of marijuana. CBPO Mendibles removed a total of eighteen packages from the vehicle. The packages had a total weight of 28.26 kgs. (62.17 lbs.)

HERNANDEZ was advised of her Miranda rights by Agent Vensk. HERNANDEZ stated she understood her rights and agreed to answer questions without the presence of an attorney. HERNANDEZ stated she was the owner of the vehicle. HERNANDEZ said she bought the car approximately one month ago and had made a $500.00 down payment towards a purchase price of $1,200.00.